**JENNIFER HOLLIDAY, ESQ. (CA. BAR NO. 261343)**

7190 W. SUNSET BLVD. #1430

LOS ANGELES, CA 90046

(805)622-0225

JHOLLIDAYESQ@PROTONMAIL.COM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE MORTON,<br>            *Plaintiff*<br>v.<br>TWITTER, INC., SPYIRL.COM;<br>DOES 1-100,<br>            *Defendants.* | Case No.: 2:20-CV-10434<br><br>DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPOENA TO TWITTER.COM |

I, Jennifer Holliday, hereby declare as follows:

1. I am an attorney in Los Angeles, California and I represent Genevieve Morton and am authorized to act on her behalf. I have personal knowledge of the facts contained herein, and if called upon to do so, could and would testify competently thereto.

2. I submit this declaration in support of Ms. Morton's request for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to Twitter, Inc. ("Twitter") relating to the posting of Genevieve Morton's copyrighted material on the Twitter.com domain by the Twitter.com users operating the handles "@SpyIRL" and "@city_tits" on the account holders' pages hosted by Twitter, Inc. servers. On information and belief, the account user @SpyIRL is also associated with the @SpyIRL_Discount username.

3. I have personal knowledge of the copyrights owned by Ms. Morton and the ongoing infringements of those copyrights that occur on Twitter.com and elsewhere on the Internet. I also have personal knowledge of particular instances that Ms. Morton's copyrighted photographic images have been posted on Twitter.com without Ms. Morton's authorization embedded in tweets by Twitter account holder @SpyIRL and account holder @city_tits.

4. On May 19, 2020, a series of three posts containing twelve of Ms. Morton's copyrighted images appeared on the @SpyIRL account feed on Twitter.com, and I notified Twitter of the infringement via Twitter.com's notice and takedown report system. Twitter acknowledged their receipt of this notification and opened investigations, referencing reports 0155741360, 0155743889, and 0155742748. True and correct copies of the three e-mails from Twitter Support are attached as Exhibit A.

5. On or around July 23, 2020, the copyright holder discovered post containing one of her copyrighted images appearing on the @city_tits account feed on

Twitter.com. I notified Twitter of the infringement via Twitter.com's notice and takedown report system, and Twitter acknowledged their receipt of this notification and opened investigations referencing report 0166017783. True and correct copies of the e-mails from Twitter Support acknowledging their receipt of the notification and their eventual confirmation, three months later that the material was removed on October 28, 2020 are attached as Exhibit B.

6. The purpose of the DMCA Subpoena is to obtain information sufficient to identify alleged infringers who posted material on Twitter.com which infringed Ms. Morton's copyright.

7. The information received as a result of the Subpoena will only be used by Ms. Morton and her agents to protect Ms. Morton's rights under Title 17 of the United States Code. Substantial efforts have been made by Ms. Morton's agent to sufficiently identify the infringer, but the infringer's identity remains unknown.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 15th day of November 2020.

By: /s/ Jennifer Holliday

JENNIFER HOLLIDAY, (CA BAR 261343)
7190 Sunset Blvd. #1430
Los Angeles, California 9004

DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPOENA

Index of Exhibits:

Exhibit A……………………………………………Notice re: @SpyIRL

Exhibit B……………………………………………Notice re: @City_Tits