AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Genevieve Morton, an individual, <br><br> *Plaintiff(s)* <br> v. <br> Twitter, Inc., a Delaware Corporation; SpyIRL.com; Does 1-100. <br><br> *Defendant(s)* | Civil Action No. 2:20-CV-10434   GW (JEMx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Twitter, Inc.
    CT Corporation System (C0168406)
    818 W. Seventh Street, Suite 930
    Los Angeles, CA 90017

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Genevieve Morton
    c/o Jennifer Holliday, Esq.
    7190 W. Sunset Blvd. Suite 1430
    Los Angeles, CA 90046

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Margo Mead*

Date: 11/23/2020

*Signature of Clerk or Deputy Clerk*