POS-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
JENNIFER HOLLIDAY, Attorney at Law
Jennifer Holliday, Esq. (SBN 261343)
7190 West Sunset Boulevard, Suite 1430
Los Angeles, California 90046
TELEPHONE NO.: (805) 622-0225   FAX NO. (Optional):
E-MAIL ADDRESS (Optional): jhollidayesq@protonmail.com
ATTORNEY FOR (Name):

**FOR COURT USE ONLY**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** [USDC]
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: CENTRAL DISTRICT

PLAINTIFF/PETITIONER: GENEVIEVE MORTON, an individual
DEFENDANT/RESPONDENT: TWITTER, INC., a Delaware Corporation; et al.

CASE NUMBER: 2:20-CV-10434 GW (JEMx)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 1903967CB

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [✓] other (specify documents): Civil Cover Sheet; Notice to Parties of Court-Directed ADR Program; Declaration in Support of Request for DMCA Subpoena to Twitter.com

3. a. Party served (specify name of party as shown on documents served):
   Twitter, Inc., a Delaware Corporation

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   CT Corporation System, Agent for Service of Process by serving Jessie Gastleum, Intake Specialist

4. Address where the party was served:
   818 West 7th Street, Suite 930, Los Angeles, California 90017

5. I served the party (check proper box)
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 11/25/2020   (2) at (time): 1:20 p.m.
   b. [ ] **by substituted service.** On (date):   at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: GENEVIEVE MORTON, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: TWITTER, INC., a Delaware Corporation; et al. | 2:20-CV-10434 GW (JEMx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:  (2) from *(city)*:

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: Twitter, Inc., a Delaware Corporation
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation)   ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)   ☐ 415.46 (occupant)
   ☑ other: FRCP 4(h)(1)

7. **Person who served papers**
  a. Name: Eric Torres, Ace Attorney Service, Inc.
  b. Address: 811 Wilshire Boulevard, Suite 900, Los Angeles, California 90017
  c. Telephone number: (213) 623-3979
  d. The fee for service was: $ 123.18
  e. I am:
   (1) ☐ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☑ a registered California process server:
    (i) ☐ owner  ☑ employee  ☐ independent contractor.
    (ii) Registration No.: 2019054926
    (iii) County: LOS ANGELES

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: November 30, 2020

ERIC TORRES
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       (SIGNATURE)