JENNIFER HOLLIDAY, ESQ. (SBN 261343)

7190 W. Sunset Blvd. #1430

Los Angeles, California 90046

jhollidayesq@protonmail.com

dir. (805) 622-0225

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Genevieve Morton, an individual,<br><br>v.<br><br>Twitter, Inc., a Delaware Corporation; SpyIRL.com; Does 1-100. | No.  2:20-CV-10434-GHW-JEM<br><br>**REQUEST FOR JUDICIAL NOTICE PLAINTIFF'S MOTION TO STRIKE AND DEEM ADMITTED**<br><br>**THE HON. GEORGE H. WU**<br><br>**Date:  JUNE 17, 2021**<br><br>**Time: 8:30 AM**<br><br>**Courtroom: 9D** |

[PROPOSED] ORDER

The Court, having considered Plaintiff's Notice of Motion and Motion to Strike and Deem Admitted, and finding good cause, HEREBY ORDERS

1

that Plaintiff's Motion is GRANTED as follows:

Paragraph 71 is deemed ADMITTED.

Paragraphs 3, 9, 13, 15, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 59, 60, 72, 73, 74, 75, 79, 80, 81, 82, 83, 84, 85, 88, 89, 90, 91, 92, 93, 95, 96, 97, 98, 99, 100, 101, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 121, 122, 126, 157 – 218 are deemed ADMITTED.

First Defense is STRICKEN.

Second Defense is STRICKEN.

Third Defense is STRICKEN.

Fourth Defense is STRICKEN.

Fifth Defense is STRICKEN.

Sixth Defense is STRICKEN.

Seventh Defense is STRICKEN.

Eighth Defense is STRICKEN.

Ninth Defense is STRICKEN.

Tenth Defense is STRICKEN.

Eleventh Defense is STRICKEN.

Twelfth Defense is STRICKEN.

Thirteenth Defense is STRICKEN.

Fourteenth Defense is STRICKEN.

Fifteenth Defense is STRICKEN.

1 | FIRST, SECOND, FOURTH, AND THIRTEENTH DEFENSE ARE
2 | STRICKEN WITHOUT LEAVE TO AMEND.
3 |
4 | IT IS SO ORDERED.
5 |
6 |
7 |
8 | JUNE \_\_\_\_ 2021        _____
  |                         Hon George H. Wu
9 |                         United States District Court Judge

3