| Name, Address and Telephone Number of Attorney(s): | |
|---|---|
| Brian M. Willen (212) 999-5800    Jennifer Holliday (310) 600-6078 | **CLEAR FORM** |
| Victor Jih (323) 210-2900 | |
| Rebecca E. Davis (323) 210-2900 | |
| Eve A. Zelinger (323) 210-2900 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Genevieve Morton | CASE NUMBER: |
|---|---|
| | 2:20-cv-10434-GW-JEM |
| v.                              Plaintiff(s) | |
| Twitter, Inc., et. al. | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| Defendant(s). | |

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that _____Bruce Isaacs_____ may serve as the Panel Mediator in the above-captioned case. _____Eve Zelinger_____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _9/22/21 (not clear if P objects)_ and counsel will submit mediation statements seven (7) calendar days
(Date)
before the session.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: _____        _____
                                                            Attorney For Plaintiff

Dated: _____        _____
                                                            Attorney For Plaintiff

Dated: 6/2/2021                                /s/ Brian Willen
                                                            Attorney For Defendant

Dated: 6/2/2021                                /s/ Victor Jih
                                                            Attorney For Defendant

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)        **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**