**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Genevieve Morton<br><br>v.<br><br>Twitter, Inc. et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 20-10434-GW (JEMx)<br><br>**ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE**<br>☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 05-07 |

   The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

I just learned yesterday for the first time that mutual funds in which I have a financial interest own shares in Twitter, Inc., the defendant in this case.

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

April 19, 2022
Date

*/s/ John E. McDermott*
United States Magistrate Judge

---

**NOTICE TO COUNSEL FROM THE CLERK**

   This case has been randomly referred to Magistrate Judge    Maria A. Audero   . On all documents subsequently filed in this case, please substitute the initials   MAA   after the case number in place of the initials of the prior judge, so that the case number will read   2:20-cv-10434 GW(MAAx)  . This is very important because the documents are routed to the assigned judges by means of these initials

*cc:   Previous Magistrate Judge*

CV-110 (06/14)        ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE