## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-10434-GW-JEMx | Date | June 9, 2022 |
|---|---|---|---|
| Title | *Genevieve Morton v. Twitter, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Jennifer Holliday                Brian M. Willen

**PROCEEDINGS:** **TELEPHONIC HEARING ON DEFENDANT TWITTER'S MOTION FOR SUMMARY JUDGMENT [153]**

Court and counsel confer. Defendant's Motion is taken off-calendar and the parties are referred to mediation. Counsel are to meet and confer, and choose three magistrate judges' in this district that parties would like to appear before by June 13, 2022. The Court sets a scheduling conference for June 16, 2022 at 8:30 a.m.

: 10

Initials of Preparer    JG