UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10434-GW-JEMx | Date | July 25, 2022 |
|---|---|---|---|
| Title | *Genevieve Morton v. Twitter, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jennifer Holliday | Brian M. Willen |

**PROCEEDINGS:**   TELEPHONIC POST-MEDIATION STATUS CONFERENCE

Settlement is not reached. Court and counsel confer. For reasons stated on the record, Defendant Twitter's Motion for Summary Judgment [153], is placed back on calendar for August 29, 2022 at 8:30 a.m. Plaintiff's opposition is due by August 4, 2022. Defendants' reply is to be filed by August 15, 2022.

:   01

Initials of Preparer   JG