**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10434-GW-JEMx | Date | October 3, 2022 |
|---|---|---|---|
| Title | *Genevieve Morton v. Twitter, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jennifer Holliday | Brian M. Willen, by telephone |
| | Jeremy P. Auster, by telephone |

**PROCEEDINGS:**    **DEFENDANT TWITTER'S MOTION FOR SUMMARY JUDGMENT [153]**

Court hears further argument. For reasons stated on the record, Defendant Twitter's Motion for Summary Judgment [153], is GRANTED.

The Court orders Plaintiff and Plaintiff's counsel to make the required payment of $112,531.43 to Defendant Twitter's counsel by October 31, 2022. Further, the Court orders that, should Plaintiff and Plaintiff's counsel fail to make the payment by October 31, 2022, a per diem fine of $35 a day from said date shall be imposed until the date of complete payment of the Court-ordered amount.

  :   12

Initials of Preparer    JG