UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 20-10434-GW (KSx) | Date | March 6, 2023 |
|---|---|---|---|
| Title | *Genevieve Morton v. Twitter, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | CS 03/06/23 |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Jennifer Holliday | Justin Griffin |
| | Laurenne Babayan |

**Proceedings (In Chambers):**          Mediation

On February 2, 2023, District Judge Wu vacated Defendant's motion for contempt and entry of separate judgment to this Court for mediation. (Dkt. No. 231). A mediation was held on March 6, 2023. Plaintiff Genevieve Morton appeared with counsel, Jennifer Holliday. The Court permitted third party Derek Riker to appear and participate with Plaintiff. Julian Moore appeared on behalf of defendant Twitter Inc.,[1] with counsel Justin Griffin and Laurenne Babayan.

Following introductory remarks, the Court met with the parties separately and off the record. The parties did not reach an agreement. The parties may (jointly) notify the Courtroom Deputy Clerk if they wish to schedule another mediation with the Court.

The parties are reminded that all discussions were, and are, deemed to be confidential settlement discussions.

**IT IS SO ORDERED.**

cc: George Wu
    United States District Judge

---

[1] The Court permitted Mr. Moore to appear by video teleconference.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 20-10434-GW (KSx) | Date | March 6, 2023 |
|---|---|---|---|
| Title | *Genevieve Morton v. Twitter, et. al.,* | | |

                                                              4      :  00
                                        Initials of Preparer   AF