JENNIFER HOLLIDAY, State Bar No. 261343
  JLHolliday@protonmail.com
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone: (805) 622-0225

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE MORTON, an individual, ) | 2:20-cv-10434(GW-KSx) |
| Plaintiff, ) | |
| v. ) | **[JOINT] STATUS REPORT RE: MEDIATION** |
| ) | |
| TWITTER, INC., et. al, ) | |
| Defendants. ) | |
| ) | |
| ) | |

PLAINTIFF submits this status report pursuant to the Court's Order of February 8, 2023 requiring the parties to file a Joint Status Report Re: Mediation by March 9, 2023. [ECF 234]. Without advising Plaintiff, Twitter's attorneys filed a Notice of Unsuccessful Mediation [ECF 240] and did not respond to Plaintiff's correspondence sent this morning.  Plaintiff has sent this report to Twitter, Inc. for its contributions.

**PLAINTIFF'S PORTION:**

The parties attended mediation with Magistrate Judge Alka Sagar as ordered. Twitter, Inc. was represented by attorneys from Quinn Emanuel and sent a corporate representative who appeared remotely.

[PROPOSED] ORDER                                    CASE NO. 2:21-CV-07145 (GW-KSX)

1    In advance of the Mediation, Plaintiff filed a Motion for Reconsideration

2 under Federal Rule of Civil Procedure 60(b) to reopen this case and to vacate prior

3 orders issued contrary to law and on grounds of mistake of law and fact.

4 Additionally, Plaintiff seeks reconsideration of the fee award issued by the

5 Magistrate Judge.  The Motion is set for hearing on April 6, 2023.

6    In advance of the mediation, Plaintiff also served Twitter's attorneys with a

7 Motion which is to be filed on March 27, 2023.

8    Following the mediation, I received a call from Veritext, the company that

9 provided deposition services to Twitter's former attorneys. In addition to the fees

10 and costs presented to the Magistrate Judge for approval, there are additional costs

11 billed directly to Plaintiff through this vendor without court oversight.  The costs

12 exceed $6,800.

13   Plaintiff previously requested a prefiling conference of counsel with Twitter's

14 former counsel on the issue of Twitter's contempt of DMCA 512(h) Subpoenas to

15 unmask anonymous users.  Plaintiff requested a Rule 7-3 Conference with Twitter,

16 Inc.'s current attorneys related to Plaintiff's contemplated Motion for Contempt re:

17 DMCA 512(h) Subpoenas issued in: 2:22-mc-00011 [See ECF 99] 2:22-mc-00012

18 [See ECF 100]; 2:22-00014 [See ECF 102]; 2:22-mc-00038 [See ECF 116]; 2:22-

19 mc-00128 [See ECF 190] 5:22-mc-0008 [See ECF 204]. Twitter has never filed a

20 Motion to Quash or Modify any of the subpoenas and is in apparent contempt.

21   Plaintiff has advised that she is in contact with the Copyright Office as

22 instructed and has sought advice of separate counsel to confirm registration details.

23

24 DATE:  March. 8, 2023                    _s/ *Jennifer Holliday*_____

25                                          JENNIFER HOLLIDAY
                                            ATTORNEY FOR PLAINTIFF
26

27 [DATE: ]                                 _____

28                                          [TWITTER'S COUNSEL]

[JOINT] STATUS REPORT RE: MEDIATION          -1-          CASE NO. 2:20-CV-10434 (GW-KSX)