JENNIFER HOLLIDAY, State Bar No. 261343
  JLHolliday@protonmail.com
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067

Telephone: (805) 622-0225

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVIEVE MORTON, an individual,<br><br>     Plaintiff,<br><br>  v.<br><br>TWITTER, INC., et. al,<br><br>     Defendants. | 2:20-cv-10434 (GW-KSx)<br><br>**DECLARATION RE: NON-COMPLIANCE WITH DMCA 512(H) SUBPOENAS**<br><br>HRG:     APRIL 6, 2023<br>TIME:    8:30 AM<br>CRTRM: 9D<br><br>**THE HON. GEORGE WU** |

I am the attorney of record for Plaintiff in this action. I make the following statements based on my own personal knowledge, and if called, I could and would swear under oath as to the veracity of the statements.

1. The Clerk of this Court issued a Subpoena directed to Twitter, Inc. in case number **22:-mc-00011** on January 21, 2022. Compliance was due on January 31, 2022. Twitter, Inc. did not file a motion to quash or modify the subpoena.

1. Twitter, Inc. produced responsive material on February 25, 2022, but did not fully comply with the subpoena. The Twitter account reported was **@0K_Show.**

   Twitter produced some responsive material but did not produce material responsive to the majority of the itemized categories listed on the subpoena.

2. I requested a subpoena from the Clerk of this Court on January 21, 2022, and the Clerk of this Court issued a Subpoena directed to Twitter, Inc. in case number **2:22-mc-00012** on January 27, 2022. Compliance was due January 31, 2022. Twitter, Inc. did not file a motion to quash or modify the subpoena. Twitter, Inc. responded and produced material on or about February 9, 2022, but did not fully comply with the subpoena. The Twitter accounts reported were: **@SpyIRL and @City_Tits**

   Twitter produced data files purportedly containing IP Logs for @SpyIRL, @SpyIRL_Discount, and @City_Tits but the data files were empty. Twitter did not produce responsive material to the itemized categories of information listed on the subpoena.

3. I requested a subpoena in case number **2:22-mc-00014** directed to Twitter, Inc., but the Clerk of this Court did not issue the subpoena, did not explain the basis for refusal to issue the subpoena, and the case was closed without explanation on January 27, 2022. This subpoena related to the infringement reported directly to Twitter, Inc.'s attorneys, as they demanded when they learned Plaintiff was continuing to report infringement on Twitter. The accounts reported were:

**@Pornstreamers**
**@XXXSexPornVideo**
**@Timesofnation**
**@boobieblog**
**@bbztbh**

DECLARATION RE: SUBPOENAS            -1-            CASE NO. 2:20-CV-10434 (GW-KSX)

1. @d3m1ans1ncla1r
2. @Izifisi
3. @Massagerotique
4. @AlexandraMRKL
5. @ElTrimardo
6. @Dariaorlova87
7. @BaeWatchHQ
8. @RedTube
9. @BebesSaxy
10. @2_Deadpool_2
11. @Starzday
12. @Aimaimpoint
13. @Peoplewatch247
14. @Mecmue
15. @qaqamcom
16. @valuemizer
17. @Oweross
18. @Chamiabeykoon
19. @debrarayonline
20. @scotland1262
21. @Babes_Daily_
22. @BabesToday_Net
23. @CelestineCeleb
24. @Peeperz
25. @Leretourdujetd1
26. @yesbitchnet
27. @JustMeLisaHann
28. @JustMeMikaRoy
29. @JustAndreaBlack
30. @Simson_Katy

1. @SiaClark1984
2. @IamjustElaM
3. @IamKorinaSmith
4. @JustMeElyTaylor
5. @KellyJordan1984
6. @VizardKaty
7. @JohannesAdda
8. @IamSerenaW
9. @EmmaWatsonNY
10. @JennyMcClarence
11. @IamjustKatyP
12. @JustKellyBrown
13. @iPamelaLee
14. @captainagabi
15. @YasmineMuller69
16. @TPSBcom
17. @IamJordanBerg
18. @PamelAAlonso
19. @Lora_Lee_Real
20. @IamAliciaLee
21. @JeniferLorence
22. @JennaJard
23. @IamAlexaGordon
24. @PamelaRedford84
25. @coleman_Valeria
26. @MiaCole69
27. @KatyJackson69
28. @SandraBraunUk
29. @NikitaDisel
30. @JessicaSpark69

@Shyla_Peek
@IamJenna_P
@ArianaLopezREAL
@KaryANDRSN
@GabrielaJCKSN
@miranda_jerr
@celeb_nsfw
@bustybabesgirls
@IndianPervert

4. I requested, and the Clerk of this Court issued, a Subpoena directed to Twitter, Inc. in case number **2:22-MC-00038**. Compliance was due on March 15, 2022. Twitter, Inc. did not file a motion to quash or modify the subpoena. Twitter, Inc. produced some responsive material on March 11, 2022. The accounts reported were:

@RealCelebutard
@XtraKik
@Beyewtifulgirl
@Mmmsexylegs
@HollywoodConfid
@MorDiscoZine
@Prbrideerotica
@nsfw_mvt
@Seymour_Danni
@KnowCelebrity
@RatRoig
@ApresLePub

Twitter did not fully comply with the subpoena.

Twitter produced digital files purporting to contain phone numbers, but the data fields were blank for @XtraKik, @Mmmsexylegs, @Seymour_Danni, and @KnowCelebrity.

Twitter produced digital files purporting to contain e-mail addresses, but the data field was blank in the file purporting to contain the e-mail address of @KnowCelebrity.

Twitter did not produce responsive material for the majority of the itemized categories of information listed on the subpoena.

5. The Clerk of this Court issued a Subpoena directed to Twitter, Inc. in case number **2:22-MC-00128** on July 5, 2022. Compliance was due on July 13, 2022. Twitter, Inc. did not file a motion to quash or modify the subpoena. Twitter, Inc. produced some responsive material on July 13, 2022. The accounts reported were:

**@50YearVirgin**
**@AlanByr58325219**
**@AlluringMuses**
**@BalticErotic**
**@Celebrity__Sin**
**@EdHautacam**
**@EroticLoad**
**@Fallo_Felice**
**@Leon-4957**
**@Leonidi**
**@Magrippa22**
**@MajorVoyeur**
**@NinaAgdalsAss**
**@PacoRod44679157**
**@realcelebutard**

1. @Sneakpeakin2
2. @SoftCreamy2
3. @Mal0980
4. @SammyNip

Twitter did not fully comply with the subpoena and produced no responsive material regarding the accounts **@SammyNip and @Mal0980**

Twitter, Inc. produced digital files purporting to contain telephone numbers, but the data fields were blank for: @50YearVirgin, @AlluringMuses, @Celebrity_Sin, @EroticLoad, @Leonidi, @NinaAgdalsAss.

Twitter, Inc. produced digital files purporting to contain IP Logs, but the data fields were blank for: @AlluringMuses, @Leon_4957, @Leonidi, @NinaAgdalsAss, and @SoftCreamy2

Twitter, Inc. produced digital files purporting to contain e-mail addresses, but the data field was empty for @50YearVirgin.

Twitter, Inc. did not produce responsive material for the majority of the itemized categories of information listed on the subpoena.

6. The Clerk of this Court issued a Subpoena directed to Twitter, Inc. in case number **5:22-mc-0008** on September 2, 2022. Twitter, Inc. did not file a motion to quash or modify the subpoena. **It did not produce any responsive material.** The accounts reported were:

@AwesomeTits1
@SavageComics
@Celebrity__Sin
@Sammy_Nip
@Paris_xvz
@MajorVoyeur
@Lupacchiotto_89

7. In total, <u>Plaintiff served five valid subpoenas issued by the Clerk of this Court</u> commanding Twitter, Inc. to disclose user information of fifty-one accounts. Some of these accounts are duplicates as they are listed on multiple subpoenas indicating ongoing and repeated infringement by users Twitter failed to suspend when it initially received the first reported infringement. These accounts include, but are not limited to:

   **@AwesomeTits1**

   **@Celebrity__Sin**

   **@Lupacchiotto_89,**

   **@MajorVoueur**

   **@Paris_xyz**

   **@realcelebutard**

   **@Sammy_Nip**

   **@SavageComics**

   At least one of these accounts is still active on Twitter despite ongoing, repeat infringement that Twitter of which had actual knowledge due to Plaintiff's reports.

8. I am informed and believe that Twitter, Inc. offered users the ability to create accounts through "OAuth Tokens" or "Open Authorization Tokens" which permit a client to access the Resource Server (Twitter's API). I am informed and believe at the time the subpoenas were issued by the Clerk, all third-party Twitter applications were required to use the "OAuth" protocol. I am informed and believe the OAuth 1.0 protocol was discontinued on Twitter on March 9, 2023.

9. Based on the limited evidence Twitter, Inc. did produce in response to the subpoenas, (1) seven of the reported accounts were created by use of the same OAuth token, (2) six of the reported accounts were created by the same OAuth Token **(including @SpyIRL and @City_Tits),** (3) four of the

reported accounts were created by the same OAuth Token, and (4) two of the reported accounts were created by the same OAuth Token. Of these four groups of accounts created by the same OAuth Tokens, each group still has active accounts on Twitter despite being reported for repeated infringement. Some of the accounts have been suspended, and one of the accounts in the group does not show as active or suspended, but rather that it "does not exist."

10. At no time prior to its dismissal from the action did Twitter, Inc. inform Plaintiff or the Court that **@SpyIRL and @City_Tits accounts were created by the same OAuth Token and therefore related.**

11. Twitter, Inc. did not produce any information about the clients that created the various OAuth tokens.

12. To date, I have received no information about the seventy-four users reported directly to Twitter, Inc.'s former counsel or why the subpoena did not issue in 2:22-mc-00014.

13. **After receiving the letter listing the 74 additional acts of infringement and the subpoenas issued in 2:22-mc-00011 and 2:22-mc-00012**, which Twitter did not seek to quash or modify, Twitter, Inc. suddenly alleged that "conflicting ownership facts" warranted the Court to preclude Ms. Morton from relying on the statutory presumption of ownership of her copyrighted photographs, an incorrect legal standard under 17 U.S.C. § 410(c). However, it continued to respond to the subpoenas and partially comply with the subpoenas, acknowledging Morton's valid ownership of the copyrights throughout the litigation.

14. Rather than fully comply with or file motions to quash or modify the subpoenas issued by the Clerk and served under Rule 45, Twitter, Inc.'s counsel spent hundreds of hours, according to its billing records, on a Motion to Compel Sanctions against Plaintiff which was filed on February 11, 2022, the discovery cutoff date. In addition to seeking sanctions to preclude

evidence, Twitter, Inc.'s counsel sought attorney's fees in excess of $112,000 while failing to comply with the outstanding subpoenas.

I swear under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct. Executed at Los Angeles, California on the 16th day of March 2023.

      /s/Jennifer Holliday
      Jennifer Holliday