UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10434-GW-JEMx | Date | March 20, 2023 |
|---|---|---|---|
| Title | *Genevieve Morton v. Twitter, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Jennifer Holliday, by telephone   Justin Griffin

**PROCEEDINGS:**   **POST-MEDIATION STATUS STATUS CONFERENCE**

Settlement is not reached. Court and counsel confer. Plaintiff's Motion for Relief of Orders, Fed. R. Civ. P. 60(B) [237] set for hearing on April 6, 2023, is continued to April 13, 2023 at 8:30 a.m. Final briefs are to be filed by April 6, 2023. The status conference set for April 6, 2023 is taken off-calendar.

Defendant Twitter's Motion for Contempt and Entry of a Separate Judgment [229] is placed back on calendar for April 13, 2023 at 8:30 a.m. Parties may stipulate to schedule, except the reply, which will be due by April 6, 2023.

:   08

Initials of Preparer   JG