UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Genevieve Morton, an individual,<br><br>      Plaintiff,<br><br>  vs.<br><br>X Corp. a Nevada corporation, successor in interest to Twitter, Inc. et. al.,<br><br>      Defendants. | Case No. **CV 20-10434-GW-KSx** (c/w CV 21-7145-GW-KSx)<br><br>**ORDER**<br><br>**GRANTING TWITTER'S MOTION FOR CONTEMPT ENTRY OF A SEPARATE JUDGMENT;**<br><br>**DENYING PLAINTIFF'S MOTION FOR RELIEF OF ORDERS; AND**<br><br>**DENYING PLAINTIFF'S MOTION TO CONSOLIDATE AND FOR CONTEMPT**<br><br>The Honorable George H. Wu |

On July 13, 2023, the Court held a hearing on Defendant X Corp.'s Motion for Contempt and Entry of a Separate Judgment ("X Corp.'s Contempt Motion") (*Morton I*, Dkt. 229), Plaintiff's Motion for Relief of Orders ("Plaintiff's Rule 60 Motion") (*Morton I*, Dkt. 237), and Plaintiff's Motion to Consolidate and for Contempt ("Plaintiff's Contempt Motion") (*Morton II*, Dkt. 69). Counsel for X Corp. and Plaintiff appeared. After consideration of the arguments of counsel and all pleadings papers, the Court (1) granted X Corp.'s Contempt Motion; (2) denied Plaintiff's Rule 60 Motion; and (3) denied Plaintiff's Contempt Motion for the reasons stated in the Court's Tentative Ruling (*Morton I*, Dkt. 253).

Pursuant to the Court's order, X Corp. submits a [Proposed] Judgment, concurrently herewith.

**IT IS HEREBY ORDERED THAT:**

**1.   Order On X Corp.'s Contempt Motion**

a.   X Corp.'s Contempt motion is GRANTED.

b.   Plaintiff and her attorney, Jennifer Holliday, are in contempt of court for failing to comply with the Court's October 3, 2022 Revised Contempt Order (*Morton I*, Dkt. 221);

c.   Plaintiff and Ms. Holliday shall immediately pay X Corp.'s counsel of record $121,421.43, which includes the original $112,531.43 sanction plus the $35 per diem sanction incurred from November 1, 2022 through July 13, 2023, the date of the Order granting X Corp.'s Motion for Contempt ("Effective Date");

d.   Plaintiff and Ms. Holliday shall pay an additional $100 per diem fine from Effective Date until the judgment is paid in full, including any accumulated fines and interest, plus all costs and attorneys' fees that X Corp. incurs in connection with obtaining full satisfaction of the Judgment;[1]

---

[1] The Court's order accepted the award of fees in principle and requested proof before ordering a specific amount of fees on these motions. Dkt. 253 at 9-10. In the interest of avoiding additional briefing, expense, and use of Court resources before

|   |   |   |
|---|---|---|
| 1 | e. | Plaintiff and Ms. Holliday shall pay post-judgment interest at the applicable federal rate on the amount of judgment; and |
| 3 | f. | Plaintiff and Ms. Holliday shall remit payment to X Corp.'s counsel of record. |

**2. Order on Plaintiff's Rule 60 Motion**

    a. Plaintiff's Rule 60 Motion is **DENIED**.

**3. Order on Plaintiff's Contempt Motion**

    a. Plaintiff's Contempt Motion is **DENIED.**

DATED: July 19, 2023

                                                                       Hon. George H. Wu
                                                                 United States District Judge

---

entry of the Judgement, X Corp. is foregoing its request for fees and costs for these motions but the Judgment should provide for reasonable cost and fees for enforcing the Judgment, as requested and consistent with the Order. *See e.g.,* Dkt. 229 at 7.