UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Genevieve Morton, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>X Corp., a Nevada corporation, successor in interest to Twitter, Inc, et al.,<br><br>　　　　　Defendants. | Case No. **CV 20-10434-GW-KSx**<br>(c/w CV 21-7145-GW-KSx)<br><br>**JUDGMENT**<br><br>The Hon. George H. Wu |

Defendant X Corp. successor in interest to Twitter, Inc., requested the Court to enter a separate judgment under Federal Rule of Civil Procedure Rule 58 for Twitter to enforce Plaintiff's and her attorney Jennifer Holliday's unpaid sanctions award. Dkt. 229.

The Court, having GRANTED the request, and good cause appearing therefor, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED THAT:

1. Plaintiff Genevieve Morton and her counsel Jennifer Holliday are in contempt of Court for failing to comply with the Court's October 3, 2022 Revised Contempt Order (Dkt. 221);

2. X Corp. shall recover from Genevieve Morton and Jennifer Holliday as follows:

   a. $121,421.43, which includes the $112,531.43 underlying monetary sanction plus $35 per day from November 1, 2022 through July 13, 2023, the date of the Order granting X Corp.'s Motion for Contempt ("Effective Date");

   b. $100 per day from Effective Date through the date when the judgment is fully satisfied, plus all costs and attorneys' fees that X Corp. incurs in connection with obtaining full satisfaction of the Judgment;

   c. Post-judgment interest at the applicable federal rate on the amount of judgment.

3. Genevieve Morton and Jennifer Holliday are each separately liable for one-half of the total amount of the Judgment.

The clerk is ORDERED to enter this JUDGMENT forthwith.

DATED: July 19, 2023

Hon. George H. Wu
United States District Judge