**CLEAR FORM**

Name: Jennifer Holliday
Address: 7190 W. Sunset Blvd. #1430
City, State, Zip: West Hollywood, CA 90046
Phone: 310-600-6078
Fax:
E-Mail: JLHolliday@Proton.me

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Genevieve Morton

PLAINTIFF(S),

v.

Twitter, Inc. et al.

DEFENDANT(S).

CASE NUMBER: 2:20-cv-10434

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Genevieve Morton_ hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

*Name of Appellant*

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
  ECF 273

☒ Judgment (specify):
  ECF 274

☐ Other (specify):

Imposed or Filed on _July 19, 2023_. Entered on the docket in this action on _July 20, 2023_.

A copy of said judgment or order is attached hereto.

August 21, 2023          /s/ Jennifer Holliday
Date                     Signature
                         ☐ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                    **NOTICE OF APPEAL**